Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of
Division

FILED - GR
May 17, 2023 1:12 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB /5/17

Ashley Vanryswyk
Christopher Vanryswyk

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

13th Judicial Circuit court of GT
Jennifer Whitten   Angela pelatier
Steven paciona    Robert Cooney

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 1:23-cv-513
(to b Hala Y. Jarbou
Chief U.S. District Judge

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Ashley & Christopher Vanryswyk
   Street Address: 8075 Sawyer Brown Rd. Apt #122
   City and County: Nashville, Davidson
   State and Zip Code: TN 37221
   Telephone Number: 443-326-6428
   E-mail Address: ashleyvanryswyk2019@icloud.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: 13th Judicial Circuit Court of GT Court
- Job or Title (if known):
- Street Address: 280 Washington St.
- City and County: Traverse City, Traverse City
- State and Zip Code: MI, 49684
- Telephone Number: 231-922-4640
- E-mail Address (if known): unknown

Defendant No. 2
- Name: Jennifer Whitten
- Job or Title (if known): Judge
- Street Address: 280 Washington St.
- City and County: Traverse City, Traverse City
- State and Zip Code: MI 49684
- Telephone Number: 231-922-4640
- E-mail Address (if known): unknown

Defendant No. 3
- Name: Steven Pacionka
- Job or Title (if known): Judge
- Street Address: 280 Washington St.
- City and County: Traverse City, Traverse City
- State and Zip Code: MI 49684
- Telephone Number: 231-922-4640
- E-mail Address (if known): unknown

Defendant No. 4
- Name: Robert Cooney
- Job or Title (if known): Judge
- Street Address: 280 Washington St.
- City and County: Traverse City, Traverse City
- State and Zip Code: MI 49684
- Telephone Number: 231-922-4640
- E-mail Address (if known): unknown

Defendant No. 5
- Name: Angela Pelatiew
- Job Title: FOC Worker
- Street Address: 280 Washington St.
- City/County: Traverse City, Traverse City
- State: Zip code: MI 49684
- Telephone: 231-922-4640
- email: unknown

Continuation of page 3 ...

2. a.

The defendant in the 13th judicial circuit court of Gt is a citizen of the state of Michigan.

b.

The defendant's 13th circuit court of Gt is incorporated under the laws of Michigan and has its principal place of business in the state of Michigan.

2. a.

The defendant Jennifer Whitten is a citizen of the state of Michigan.

b.

The defendant's Jennifer Whitten is incorporated under the laws of Michigan and has its principal place of business in the state of Michigan.

2. a.

The defendant Steven Paciorka is a citizen of the state of Michigan.

b.

The defendant, Steven Paciorka t is incorporated under the laws of Michigan and has its principal place of business in the state of Michigan.

2. a.

The defendant Robert Cooney is a citizen of the state of Michigan.

b.

The defendant Robert Cooney incorporated under the laws of Michigan and has its principal place of business in the state of Michigan.

2. a.

The defendant in the 13th judicial circuit court of Gt is a citizen of the state of Michigan.

b.

The defendant Angela Pelletier is incorporated under the laws of Michigan and has its principal place of business in the state of Michigan.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_attached._

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Ashley & Christopher Vanryswyk, is a citizen of the State of *(name)* Tennessee.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* Ashley & Christopher Vanryswyk, is incorporated under the laws of the State of *(name)* ~~Michigan~~ Tennessee, and has its principal place of business in the State of *(name)* ~~Michigan~~ Tennessee.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* 13th Judicial Circuit Court of GT Jennifer Whitten, Angela pelatter, Robert Cooney, Steven pacionca, is a citizen of the State of *(name)* Michigan. Or is a citizen of *(foreign nation)* _____.

**Continuation of page 4 ...**

**3.**

**The amount in controversy** – the amount the plaintiffs claim the defendant owes or the amount at stake is more then 75,000, not counting interest and costs of court because plaintiffs are suing for 3.9 million against defendants for this claim in statement of claim.

**III. statement of claim- plaintiffs are required to BRIEFLY as possible submit a statement of claim.**

Angela Pelatier is being sued by plaintiffs for reasons stated below-

On or about May of 2020 defendant was served a copy of a POA meaning power of attorney for plaintiff in case # 17-13969DM of Grand Traverse County which as of current date she still has refused to follow or get into compliance with it as well causing harm to plaintiff including but not limited to not being properly notified of financial obligations/hearings/ court orders etc. causing financial harm but not limited too.

The defendant was also served with a civil palmary order on or around January 5th, 2023, via certified mail and proof of service emailed to the court as another reminder they have a copy of it, which in the state of Tennessee is a type of protection order. As of current date and going back to on/about January 5th, 2023 defendant has violated that order causing harm to plaintiffs including but not limited to, giving plaintiff personal information out that Is prohibited on the order, interfering with the court order, ignoring the order, involving minor children not apart of case 17-13969DM between Christopher VanRyswyk and Erika Whittaker, failing to properly and follow ALL state laws of modifying child support since 2020 including, adding his 4 other minor children, rent/ housing bills, ex-wife's section 8 and food assistance cost and tax deduction and NOT limited too.

1. Respondent Erika Whittaker/ 3rd party may not have contact with a s follows regarding the victim Ashley VanRyswyk and her minor children-
    Someone the person lives with or used to live with
    The individual the person used to date or is currently dating.
    The individual with whom the person is having a sexual relationship with or used to have a sexual relationship with.
    Anyone the person is related to by blood or adoption.
    Anyone the person is related to by marriage or used to be related to by marriage.
    Spouses and former spouses.
    Anyone the person is related to by blood or in a current or past marriage.
    People who currently share a common dwelling.
    People who previously shared a common dwelling.
    Co-parents/ children who have a child in common.
    People who share blood or adoption by relationship through her child/children.
    People who were previously engaged or dating too.
    Coworkers past and present.
    Third party past and present.

> Respondent Erika Whittaker/ 3rd party may not exploit/ slander/ commit libel or attempt to on victim Ashley VanRyswyk and her minor children directly or indirectly or by use of a 3rd party.
> Respondent Erika Whittaker/ 3rd party may not interfere with victim and her minor children's personal liberty or privacy rights directly or indirectly or by use of 3rd party.
> Respondent Erika Whittaker/ 3rd party may not possess, have access to such copies, originals, utilize any form of document regarding or pertaining to the victim and/or her minor children directly/indirectly or by use of a 3rd party.

On or about June of 2022 defendant also gave plaintiff false documents that his minor child was in foster care and was garnishing additional child support from him causing him to file additional motion in the custody matter to find out that the documents given to plaintiff were untruthful and false notifications.

Defendant has since 2017 to current date refused to properly modify child support, causing over payment of child support which has caused financial harm on him including losing vehicles, 3 apartments, severe credit card debt, other custody matters/ issues for his other minor children, legal fees/ motions and not limited too.

Defendant since 2020 has made false writings in court orders regarding Mrs. VanRyswyk including those who filled out documents, signatures but not limited too.

Defendant since 2020 has failed to communicate with Mrs. Vanryswyk regarding her POA duties when she has reached out, which has also caused harm financially including the listed above.

Defendant has also violated a trademark with Ashley VanRywyk on or about February 1st, 2023, to currently still doing it with the last name Vanryswyk. The defendant is illegally using the name VanRyswyk to an ex-wife on legal documents when her last name is legally Whittaker, and also violated the trademark of usage of the last name.

<u>Robert Cooney-</u> is being sued by plaintiffs for reasons stated below-
utterance of false charges or misrepresentations which defame and damage another's reputation.
	A false and defamatory oral statement was made publicly on zoom/ YouTube about a person was made by defendant including the comment on or about April of 2021 "your wife is disrespectful and ignorant" in a criminal case that had absolutely nothing to do with Mrs. VanRyswyk nor was she even present.
	Defendant on or about February of 2023 committed the same act by stating Mrs. VanRyswyk did not give a copy of a palmary order of protection which was in fact given via registered mail that was signed for causing harm/ false information being made publicly regarding Ashley VanRysywk.

	On or about May of 2020 defendant was served a copy of a POA meaning power of attorney for plaintiff in a criminal case in Grand Traverse County for Christopher VanRyswyk which as of current date still has refused to follow or get into compliance with it as well causing harm to plaintiff including but not limited to not being properly notified of financial obligations/hearings/ court orders etc. causing financial harm but not limited too.

Steven Paciorka is being sued by plaintiffs for reasons stated below-

Defendant has violated a trademark with Ashley VanRyswyk on or about February 1st, 2023, to currently still doing it with the last name Vanryswyk. The defendant is illegally using the name VanRyswyk to an ex-wife on legal documents when her last name is legally Whittaker and violated the trademark of usage of the last name.

On or about May of 2020 defendant was served a copy of a POA meaning power of attorney for plaintiff in case # 17-13969DM of Grand Traverse County which as of current date he still has refused to follow or get into compliance with it as well causing harm to plaintiff including but not limited to not being properly notified of financial obligations/hearings/ court orders etc. causing financial harm but not limited too.

The defendant was also served with a civil palmary order on or around January 5th, 2023, via certified mail with tracking # 9449009205568325449033 and proof of service emailed to the court as another reminder they have a copy of it, which in the state of Tennessee is a type of protection order. As of current date and going back to on/about January 10th, 2023 defendant has violated that order causing harm to plaintiffs including but not limited to, giving plaintiff personal information out that Is prohibited on the order, interfering with the court order, ignoring the order, involving minor children not a part of case 17-13969DM between Christopher VanRyswyk and Erika Whittaker, failing to properly and follow ALL state laws of modifying child support including, adding his 4 other minor children, rent/ housing bills, ex-wife's section 8 and food assistance cost and tax deduction and NOT limited too. DEFEDANT ALSO violated the order by,

2. Erika Whittaker/3rd party may to Ashley VanRyswyk may not make the victim Ashley Vanryswyk and minor children feel reasonable terrorized, threatened, frighted, intimidated, harassed or unreasonable bothered causing any action or questionable actions perceived as emotional duress.
3. Respondent Erika Whittaker/ 3rd party may not have contact with a s follows regarding the victim Ashley VanRyswyk and her minor children-
    Someone the person lives with or used to live with
    The individual the person used to date or is currently dating.
    The individual with whom the person is having a sexual relationship with or used to have a sexual relationship with.
    Anyone the person is related to by blood or adoption.
    Anyone the person is related to by marriage or used to be related to by marriage.
    Spouses and former spouses.
    Anyone the person is related to by blood or in a current or past marriage.
    People who currently share a common dwelling.
    People who previously shared a common dwelling.
    Co-parents/ children who have a child in common.
    People who share blood or adoption by relationship through her child/children.
    People who were previously engaged or dating too.
    Co workers past and present.

> Third party past and present.
> Respondent Erika Whittaker/ 3rd party may not exploit/ slander/ commit libel or attempt to on victim Ashley VanRyswyk and her minor children directly or indirectly or by use of a 3rd party.
> Respondent Erika Whittaker/ 3rd party may not interfere with victim and her minor children's personal liberty or privacy rights directly or indirectly or by use of 3rd party.
> Respondent Erika Whittaker/ 3rd party may not possess, have access to such copies, originals, utilize any form of document regarding or pertaining to the victim and/or her minor children directly/indirectly or by use of a 3rd party.

On or about June of 2020 Ashley VanRyswyk was ruled as a nonparty by Melanie Stanton in case # 17-13969DM BUT defendant still allowed over 23 times since then have/hold several hearings about her to go on and on for hours, have her medical records in discovery/ subpoena and other items about her filed and entered in case # 17-13969DM.

Defendant has violated MCR 750.138 of not interfering with uncommon children of parties or custody arrangements agreements or attempts too since 2017 of October.

<u>Jennifer Whitten</u> is being sued by plaintiffs for reasons stated below-

Defendant has violated a trademark with Ashley VanRyswyk on or about February 1st, 2023, to currently still doing it with the last name Vanryswyk. The defendant is illegally using the name VanRyswyk to an ex-wife on legal documents when her last name is legally Whittaker and violated the trademark of usage of the last name.


On or about May of 2020 defendant was served a copy of a POA meaning power of attorney for plaintiff in case # 17-13969DM of Grand Traverse County which as of current date she still has refused to follow or get into compliance with it as well causing harm to plaintiff including but not limited to not being properly notified of financial obligations/hearings/ court orders etc. causing financial harm but not limited too.

The defendant was also served with a civil palmary order on or around January 5th, 2023, via certified mail with tracking # 9449009205568325449033 and proof of service emailed to the court as another reminder they have a copy of it, which in the state of Tennessee is a type of protection order. As of current date and going back to on/about January 10th, 2023 defendant has violated that order causing harm to plaintiffs including but not limited to, giving plaintiff personal information out that Is prohibited on the order, interfering with the court order, ignoring the order, involving minor children not a part of case 17-13969DM between Christopher VanRyswyk and Erika Whittaker, failing to properly and follow ALL state laws of modifying child support including, adding his 4 other minor children, rent/ housing bills, ex-wife's section 8 and food assistance cost and tax deduction and NOT limited too. DEFENDANT ALSO violated the order by,

   4. Erika Whittaker/3rd party may to Ashley VanRyswyk may not make the victim Ashley Vanryswyk and minor children feel reasonable terrorized, threatened, frighted, intimidated, harassed or

  unreasonable bothered causing any action or questionable actions perceived as emotional duress.
5. Respondent Erika Whittaker/ 3rd party may not have contact with a s follows regarding the victim Ashley VanRyswyk and her minor children-
   Someone the person lives with or used to live with
   The individual the person used to date or is currently dating.
   The individual with whom the person is having a sexual relationship with or used to have a sexual relationship with.
   Anyone the person is related to by blood or adoption.
   Anyone the person is related to by marriage or used to be related to by marriage.
   Spouses and former spouses.
   Anyone the person is related to by blood or in a current or past marriage.
   People who currently share a common dwelling.
   People who previously shared a common dwelling.
   Co-parents/ children who have a child in common.
   People who share blood or adoption by relationship through her child/children.
   People who were previously engaged or dating too.
   Coworkers past and present.
   Third party past and present.
   Respondent Erika Whittaker/ 3rd party may not exploit/ slander/ commit libel or attempt to on victim Ashley VanRyswyk and her minor children directly or indirectly or by use of a 3rd party.
   Respondent Erika Whittaker/ 3rd party may not interfere with victim and her minor children's personal liberty or privacy rights directly or indirectly or by use of 3rd party.
   Respondent Erika Whittaker/ 3rd party may not possess, have access to such copies, originals, utilize any form of document regarding or pertaining to the victim and/or her minor children directly/indirectly or by use of a 3rd party.

On or about June of 2020 Ashley VanRyswyk was ruled as a nonparty by Melanie Stanton in case # 17-13969DM BUT defendant still allowed over 23 times since then to have/hold several hearings about her to go on and on for hours, have her medical records in discovery/ subpoena and other items about her and her minor children not included or with the defendant in case # 17-13969Dm filed and entered in case # 17-13969DM.

Defendant has violated MCR 750.138 of not interfering with uncommon children of parties or custody arrangements agreements or attempts too since 2017 of October.

Defendant made several orders since 2020 that were harsh by MCR including fees/ monetary damages despite her violating rights and other orders out her jurisdiction.

Defendant since 2020 communicated with the defendant in case 17-13969Dm outside of hearings to resolve matters then appeared in court to Christopher VanRyswyk and even said" we decided" …. Plaintiffs have obtained transcripts as well.

Since 2020 defendant Christopher VanRyswyk a fair trial or looked at his evidence fairly/ correctly, she has not properly notified Christopher Vanryswyk or Ashley Vanryswyk of hearings/ motions, heard

motions required in the time frame by MCR failed to hold defendant accountable for missed parenting time for her no shows.

Defendant has violated privacy/ HIPPA laws that were irrelevant to the filings in case matter 17-13969DM TOWARDS plaintiffs.

Defendant violated Christopher VanRyswyks due process rights of notice of hearings, fair hearings, custody of his minor child in case # 17-13969DM harsh sentences and etc. but not limited too.

13th circuit court of Grand Traverse is being sued by plaintiffs for reasons stated below-

Defendant has violated a trademark with Ashley VanRyswyk on or about February 1st, 2023, to currently still doing it with the last name Vanryswyk. The defendant is illegally using the name VanRyswyk to an ex-wife on legal documents when her last name is legally Whittaker and violated the trademark of usage of the last name.

On or about May of 2020 defendant was served a copy of a POA meaning power of attorney for plaintiff in case # 17-13969DM of Grand Traverse County which as of current date they still have refused to follow or get into compliance with it as well causing harm to plaintiff including but not limited to not being properly notified of financial obligations/hearings/ court orders etc. causing financial harm but not limited too.

The defendant was also served with a civil palmary order on or around January 5th, 2023, via certified mail with tracking # 9449009205568325449033 and proof of service emailed to the court as another reminder they have a copy of it, which in the state of Tennessee is a type of protection order. As of current date and going back to on/about January 10th, 2023 defendant has violated that order causing harm to plaintiffs including but not limited to, giving plaintiff personal information out that Is prohibited on the order, interfering with the court order, ignoring the order, involving minor children not a part of case 17-13969DM between Christopher VanRyswyk and Erika Whittaker, failing to properly and follow ALL state laws of modifying child support including, adding his 4 other minor children, rent/ housing bills, ex-wife's section 8 and food assistance cost and tax deduction and NOT limited too. DEFEDANT ALSO violated the order by,

6. Erika Whittaker/3rd party may to Ashley VanRyswyk may not make the victim Ashley Vanryswyk and minor children feel reasonable terrorized, threatened, frighted, intimidated, harassed or unreasonable bothered causing any action or questionable actions perceived as emotional duress.
7. Respondent Erika Whittaker/ 3rd party may not have contact with a s follows regarding the victim Ashley VanRyswyk and her minor children-
    Someone the person lives with or used to live with
    The individual the person used to date or is currently dating.
    The individual with whom the person is having a sexual relationship with or used to have a sexual relationship with.
    Anyone the person is related to by blood or adoption.

> Anyone the person is related to by marriage or used to be related to by marriage.
> Spouses and former spouses.
> Anyone the person is related to by blood or in a current or past marriage.
> People who currently share a common dwelling.
> People who previously shared a common dwelling.
> Co-parents/ children who have a child in common.
> People who share blood or adoption by relationship through her child/children.
> People who were previously engaged or dating too.
> Coworkers past and present.
> Third party past and present.
> Respondent Erika Whittaker/ 3rd party may not exploit/ slander/ commit libel or attempt to on victim Ashley VanRyswyk and her minor children directly or indirectly or by use of a 3rd party.
> Respondent Erika Whittaker/ 3rd party may not interfere with victim and her minor children's personal liberty or privacy rights directly or indirectly or by use of 3rd party.
> Respondent Erika Whittaker/ 3rd party may not possess, have access to such copies, originals, utilize any form of document regarding or pertaining to the victim and/or her minor children directly/indirectly or by use of a 3rd party.

On or about June of 2020 Ashley VanRyswyk was ruled as a nonparty by Melanie Stanton in case # 17-13969DM BUT defendant still allowed over 23 times since then have/hold several hearings about her to go on and on for hours, have her medical records in discovery/ subpoena and other items about her filed and entered in case # 17-13969DM.

**Defendant has violated MCR 750.138 of not interfering with uncommon children of parties or custody arrangements agreements or attempts too since 2017 of October.**

Defendant since 2020 has MADE SEVERAL comments/ statements orally and on paper regarding Ashley VanRysywk and Christopher VanRyswyk publicly in hearings on zoom/ YouTube that the utterance of false charges or misrepresentations which defame and damage another's reputation.
false and defamatory oral statement about a person.

It shall also be noted that in III-page 4/5 of complaint a SHORT/ brief statement shall be made, therefore plaintiffs have entered such and have the right to modify, update, at any time.

<u>IV. RELIEF:</u>

Plaintiffs are to BRIEFLY what damages or other relief the plaintiffs are asking the court to order.

Plaintiffs are asking the court to award their lawsuit amount of 3.9 million against defendants for actual cost incurred for legal fees, over paid child support balance, motion filing and other legal action they've had to take sine 2017 due to defendant's actions/ behaviors as well as part of punitive damages, exemplary damages.

Plaintiffs are asking the court to also order a child support order that is FULLY compliant with the rules and laws of Michigan and to examine custody order overall with case # 17-13969DM.

Plaintiffs are asking the court to see the abuse of power by defendants, and biased actions/statements, and cruel actions and have ALL defendants issue a written apology to plaintiffs and to have them correct their wrong doings in a timely manner and for restrictions to be put in place so the ongoing issues do not happen again or continue to reoccur.

The above relief can be granted but NOT LIMITED TOO THE ABOVE, plaintiffs reserve the rights to modify/change at any time, & are Demanding a Jury Trail For this case.

*Ashley VanRyswyk*   *Christopher Vani*

4/20/2023

8075 Sawyer Brown Rd.
Apt. 122
Nashville, TN
37221

ashleyvanryswyk2019@icloud.com

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation
The defendant, *(name)* 13th Judicial Circuit Court of GT, is incorporated under the laws of the State of *(name)* Michigan, and has its principal place of business in the State of *(name)* Michigan.
Or is incorporated under the laws of *(foreign nation)* — Michigan,
and has its principal place of business in *(name)* Michigan.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

See attached

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/20/23

Signature of Plaintiff: *Ashley VanRysywyk* / *Christopher VanRysywyk*

Printed Name of Plaintiff: Ashley VanRyswyk / Christopher VanRyswyk

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

**US POSTAGE PAID IMI**
04/21/2023
From 37221
1 lbs 0 ozs

Pitney Bowes    026W0004897288

NO SURCHARGE    3002233032

## USPS MEDIA MAIL

VanRyswyk
8075 Sawyer Brown Rd Apt 122
Nashville TN 37221-1547

0002

C040

UNITED STATES DISTRICT/FEDERAL COURT
110 MICHIGAN ST NW
GRAND RAPIDS MI 49503-2300

**USPS TRACKING #**

9449 0092 0556 8652 9520 91