UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A<span>SHLEY</span> V<span>ANRYSWYK</span>, et al.,

    Plaintiffs,

v.

G<span>RAND</span> T<span>RAVERSE</span> C<span>OUNTY</span> C<span>IRCUIT</span> C<span>OURT</span>, et al.,

    Defendants.

_____/

Hon. Hala Y. Jarbou

Case No. 1:23-cv-513

## **CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

Ashley Vanryswyk and Chrisopher Vanryswyk have submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Reply to Response to Motion – ECF No. 19

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Ashley Vanryswyk and Christpher Vanryswyk file a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date:  August 31, 2023

/s/  Phillip J. Green
PHILLIP J. GREEN
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Ashley Vanryswyk, et al.,

    Plaintiffs,

v.

Grand Traverse County Circuit Court, et al.,

    Defendants.

_____/

Hon. Hala Y. Jarbou

Case No. 1:23-cv-513

**SIGNATURE PAGE FOR:**

Reply to Response to Motion – ECF No. 19

The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____
Ashey Vanryswyk

_____
Christopher Vanryswyk

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.